## People of the State of Illinois, Plaintiff-Appellee, v. Jacob H. Egner, Defendant-Appellant.

### Gen. No. 51,852. (Abstract of Decision.)

First District, Second Division.

May 7, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John J. Van Zeyl and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Francis T. Carey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.